Fernando TECONTERO
HERNANDEZ,
Petitioner,

v.

Eric H. HOLDER, Jr., Attorney
General, Respondent.

No. 07–71569.

United States Court of Appeals,
Ninth Circuit.

Submitted May 25, 2010.*

Filed June 3, 2010.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Fernando Tecontero Hernandez, Orange, CA, pro se.

Ronald E. Lefevre, Office of the District Counsel Department Of Homeland Security, San Francisco, CA, Jennifer L. Lightbody, Esquire, OIL, Mary Jane Candaux, Assistant Director, John Hogan, Senior Litigation Counsel, U.S. Department of Justice, Washington, DC, for Respondent.

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

### MEMORANDUM **

Fernando Tecontero Hernandez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's removal order. We have jurisdiction under 8 U.S.C. § 1252. We review de novo questions of law. *Montero–Martinez v. Ashcroft,* 277 F.3d 1137, 1145 (9th Cir.2002). We deny the petition for review.

The BIA correctly determined that Tecontero Hernandez was statutorily ineligible for adjustment of status because there was no immigrant visa immediately available to him. *See* 8 U.S.C. § 1255(i)(2).

In his opening brief, Tecontero Hernandez fails to address, and therefore has waived any challenge to, the BIA's determination that he is ineligible for cancellation of removal. *See Martinez–Serrano v. INS,* 94 F.3d 1256, 1259–60 (9th Cir.1996) (issues not specifically raised and argued in a party's opening brief are waived).

Tecontero Hernandez's remaining contentions are not persuasive.

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).